Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-01845-DUTY All Defendants

| | |
|---|---|
| Case title: USA v. Bowen | Date Filed: 04/18/2023 |
| Other court case number: 8:23cr86 District of Nebraska | Date Terminated: 04/19/2023 |

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | | |
|---|---|---|
| **Evan Bowen**<br>*TERMINATED: 04/19/2023* | represented by | **Ryan Michael DAmbrosio**<br>DAmbrosio Ross LLP<br>714 West Olympic Boulevard Suite 938<br>Los Angeles, CA 90015<br>213-459-6385<br>Fax: 213-279-1496<br>Email: ryan@dambrosioross.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2023 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Evan Bowen, originating in the District of Nebraska. Defendant charged in violation of: 21:846. Signed by agent Scott Mollner, HSI, Special Agent. filed by Plaintiff USA. (cio) (Entered: 04/19/2023) |
| 04/18/2023 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Evan Bowen; defendants Year of Birth: 1977; date of arrest: 4/17/2023 (cio) (Entered: 04/19/2023) |
| 04/18/2023 | 3 | Defendant Evan Bowen arrested on warrant issued by the USDC District of Nebraska at Omaha. (Attachments: # 1 Out-of-District Indictment)(cio) (Entered: 04/19/2023) |
| 04/18/2023 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Michael R. Wilner as to Defendant Evan Bowen. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Ryan Michael DAmbrosio for Evan Bowen, Retained, present. Court orders bail set as: Evan Bowen (1) $15,000 Appearance Bond, (SEE BOND ATTACHED). Court orders defendant held to answer to District of Nebraska. Bond to Transfer. Defendant ordered to report on 05/10/2023 at 1:30pm, District Court, Nebraska, Judge Nelson. Release order no: digital release. Court orders case unsealed. Court Smart: CS 04/18/2023. (cio) (Entered: 04/19/2023) |
| 04/18/2023 | 5 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Evan Bowen. (cio) (Entered: 04/19/2023) |
| 04/18/2023 | 6 | DECLARATION RE: PASSPORT filed by Defendant Evan Bowen, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (cio) (Entered: 04/19/2023) |
| 04/18/2023 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Michael R. Wilner as to Defendant Evan Bowen. (cio) (Entered: 04/19/2023) |
| 04/19/2023 | | Notice to District of Nebraska of a Rule 5 or Rule 32 Initial Appearance as to Defendant Evan Bowen. Your case number is: 8:23cr86. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),,,,. If you require certified copies of any documents, please send a request to |

8:23-cr-00086-BCB-RCC    Doc # 8    Filed: 04/19/23    Page 3 of 3 - Page ID # 34

| | | email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 04/19/2023) |