# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:23-cr-00086-BCB-RCC |
| Plaintiff, | |
| vs. | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT FOR EVAN BOWEN AND ORDER |
| EVAN BOWEN, ET AL., | |
| Defendants. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), defendant Evan Bowen hereby waives personal appearance at the arraignment on the charges currently pending against Mr. Bowen in this Court.

(1) Mr. Bowen affirms receiving a copy of the third superseding indictment on April 17, 2025;

(2) Mr. Bowen understands the right to appear personally before the Court for an arraignment on the charges, and voluntarily waives that right; and

(3) Mr. Bowen pleads not guilty to all counts of the third superseding indictment.

_____       April 17, 2025
Defendant, Evan Bowen             Date

/s/ David Michael                 April 17, 2025
David Michael                     Date
Attorney for Defendant, Evan Bowen

**ORDER**

IT IS ORDERED that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 18th day of April 2025_____, 2025.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT