IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>EVAN BOWEN,<br><br>               Defendant. | **8:23-CR-86**<br><br><br>**PRELIMINARY ORDER OF<br>FORFEITURE** |

This matter is before the Court on the Government's Motion for Preliminary Order of Forfeiture. Filing 765. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

1. On February 10, 2026, the Court held a change of plea hearing for the defendant and the defendant entered a guilty plea to Counts I and II of the Third Superseding Indictment. Filing 688 (Text Minute Entry). The defendant also agreed to the Forfeiture Allegation in the Third Superseding Indictment. Filing 693. The Court subsequently accepted the defendant's plea of guilty. Filing 781.

2. The Forfeiture Allegation of the Third Superseding Indictment includes a forfeiture money judgment seeking approximately $250,000,000.00. Filing 375 at 7 (Item "vv." in Section 3).

3. The Government is not seeking a forfeiture money judgment against this defendant. Filing 693 at 1. The Government will move to dismiss the forfeiture money judgment in the Forfeiture Allegation of the Third Superseding Indictment at the time of sentencing as to this defendant.

1

4. Count I of the Third Superseding Indictment charged the defendant with violating 21 U.S.C. § 846. Filing 375 at 1–2.

5. Count II of the Third Superseding Indictment charged the defendant with violating 18 U.S.C. § 1956(a)(1)(B)(i). Filing 375 at 2.

6. Not including the forfeiture money judgment to be dismissed at sentencing, the Forfeiture Allegation sought forfeiture of the following property, which is collectively known as "the Property" and is listed in Attachment A of the Government's Motion for Preliminary Order of Forfeiture:

a. U.S. funds in the amount of $459,314.59 seized August 31, 2023, from City National Bank account 101388425 owned by Gerald V. Casale, Trustee of the Gerald V. Casale Trust.

b. U.S. funds in the amount of $121,071.62 seized August 31, 2023, from City National Bank account 112559124 belonging to More Gold Records, owned by Gerald V. Casale.

c. U.S. funds in the amount of $2,033,094.98 seized November 3, 2023, from JP morgan Chase Account, account #556772583 in the name of Closet Dorr LLC, C/O of Gina Nieto this represents the net proceeds of the sale of 428 N Las Palmas Avenue, Los Angeles.

d. Real property located at Mendocino County, California, Parcel # 131-010-08, no address.

e. Real property located at Mendocino County, California, Parcel # 131-030-01, 10000 S Hwy 1 Elk, California.

f. Real property located at Mendocino County, California, Parcel # 131-030-03, 9980 S Hwy 1 Elk, California.

g. Real property located at Mendocino County, California, Parcel # 131-030-05, no address.

h. Real property located at Mendocino County, California, Parcel # 131-030-06, no address.

i. Real property located at Mendocino County, California, Parcel # 131-030-08, 9961 S Hwy 1 Elk, California.

j.  Real property located at Mendocino County, California, Parcel # 131-030-23, 10001 S Hwy 1 Elk, California.

k.  Real property located at Mendocino County, California, Parcel # 131-030-24, no address.

l.  Real property located at Mendocino County, California, Parcel # 131-030-25, no address.

m.  Real property located at Mendocino County, California, Parcel # 131-030-31, no address.

n.  Real property located at Mendocino County, California, Parcel # 131-030-32, 8821 S Hwy 1 Elk, California.

o.  Real property located at Mendocino County, California, Parcel # 131-030-33, 8821 S Hwy 1 Elk, California.

p.  Real property located at Mendocino County, California, Parcel # 131-090-24, 9201 S Hwy 1 Elk, California.

q.  Real property located at Napa County, California, Parcel # 052-472-021, 51 Syar Drive, Napa, California.

r.  Real property located at Marin County, California, Parcel # 007-096-02, 259 Redwood Road, San Anselmo, California.

s.  Real property located at Marin County, California, Parcel # 100-090-07, 2125 Dillion Beach Road, Tomales, California.

t.  Real property located at Los Angeles County, California, Parcel # 5021-006-023, 816 Seward Street, Los Angeles, California.

u.  $4,698,514.00 in United States Currency.

v.  $630,680.00 in United States Currency.

w.  $205,358.00 in Funds Seized from Rago Wright Account.

x.  KAWS "Close the Door Behind You" Painting.

y.  Andy Warhol Apple Painting.

z.  Rolex Daytona Chronograph Watch.

aa. Platinum and Diamond 3 Stone Ring.

bb. Art Smith Modernist Brass Necklace.

cc. Art Smith Modernist Brass and Copper Cuff Bracelet.

dd. Set of East Indian Laurel Wood Dining Chairs.

ee. East Indian Laurel Wood Dining Table.

ff. George Nakashima American Black Walnut Coffee Table.

gg. Pair of Mira Nakashima Grajalas Nightstands.

hh. Arthur Espenet Carpenter II Cabinets.

ii. Arthur Espenet Carpenter II Headboard.

jj. Arthur Espenet Carpenter II Mushroom Chest.

kk. Jean Prouvé Sideboard.

ll. JD Blunk Redword Sculpture.

mm.   Isamu Noguchi Messenger 2B Bronze Plate.

nn. Perre Jeanneret Teak and Enameled Steel Stools.

oo. Costa Rican Ceremonial Volcanic Stone Metate.

pp. Axel Einar Hjorth Uto Coffee Table.

qq. Blue Nazca Textile.

rr. Isamu Nogushi "Rudder" stool.

ss. Arthur Espenet Carpenter II Bookshelf Cabinets.

tt. Massim Lime Spatula.

uu. Olmec Stone Figure.

7. By virtue of his guilty plea and admission to the Forfeiture Allegation, the defendant has forfeited his interest in the Property, and the Government is entitled to possession of any interest the defendant has in the Property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and 28 U.S.C. § 2461(c).

4

8. The Government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Preliminary Order of Forfeiture, Filing 765, is granted.

2. Based upon the defendant's guilty plea, the defendant's admission to the Forfeiture Allegation, and the Government's representation that it will move to dismiss the forfeiture money judgment at the time of sentencing, the Government is hereby authorized to seize the Property listed in Attachment A of the Government's Motion for Preliminary Order of Forfeiture.

3. The defendant's interest in the Property is hereby forfeited to the Government for disposition in accordance with the law.

4. The Property is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the Government's intent to dispose of the subject Property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject Property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state that the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the Property and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Property as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 19th day of March, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge