IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>EVAN BOWEN,<br>Defendant. | **8:23-CR-86**<br><br>**ORDER** |

This matter is before the Court on defendant Evan Bowen's Motion for Supplemental Judicial Recommendation to the Bureau of Prisons. Filing 918. On July 13, 2026, the Court sentenced the defendant to a term of 42 months custody on Counts I and II of the Third Superseding Indictment in this case. Filing 907 (Text Minute Entry). The Court included in the Judgment the following recommendations to the Bureau of Prisons (BOP): (1) that the defendant be allowed to participate in the Residential Drug Treatment Program or any similar drug treatment program available, and (2) that the defendant be incarcerated in FCI-Lompoc, Lompoc, California or FCI-Sheridan, Sheridan, Oregon. Filing 908 at 2. The Court made these recommendations at the defendant's request. The defendant now requests that the Court make a "supplement statement to the BOP" in the form of a "text order, [ ] letter, or [ ] an amended Judgment" revising the Court's recommendation as to location of incarceration. Filing 918 at 3.

Federal Rule of Criminal Procedure 35 provides that "[w]ithin 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." Fed. R. Crim. P. 35(a). Federal Rule of Criminal Procedure 36 provides that "[a]fter giving any notice it

considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Crim. P. 36. Neither circumstance is implicated here. Given that there was no error in the Court's Judgment—arithmetical, technical, clerical, or otherwise—the Court does not find that an Amended Judgment is warranted or appropriate. The Court further declines to issue an order or letter changing its recommendations to the BOP. The Court made its original recommendations at the defendant's request and the "publicly available BOP information" that has prompted the defendant's current motion was available to the defendant at the time of sentencing. Filing 918 at 2. Accordingly,

IT IS ORDERED that defendant Evan Bowen's Motion for Supplemental Judicial Recommendation to the Bureau of Prisons, Filing 918, is denied.

Dated this 3rd day of August, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge